UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHLEY COLEMAN,<br><br>  Plaintiff,<br><br>v.<br><br>CROSSTOWN LAW, LLC, a Minnesota limited liability company,<br><br>  Defendant. | CIVIL ACTION NO.:<br>2:15-CV-00028-KDE-SS<br><br>SECTION: N(1)<br><br>JUDGE: KURT D. ENGELHARDT<br><br>MAGISTRATE: SALLY SHUSHAN |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), plaintiff, Ashley Coleman, and defendant, Crosstown Law, LLC ("Crosstown"), hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against Crosstown, with each party to bear their own costs and fees.

Dated, this 9th day of September 2015.

| | |
|---|---|
| ___/s/Keren E. Gesund_____<br>Keren E. Gesund, Esq.<br>Gesund & Pailet, LLC<br>3421 N. Causeway Blvd., Suite 701<br>Metairie, LA  70002<br>Telephone: (702) 300-1180<br>Counsel for Plaintiff,<br>Ashley Coleman | _/s/Michael D. Alltmont_____<br>Michael D. Alltmont, Esq.<br>Sessions Fishman Nathan & Israel LLC<br>Lakeway Two, Suite 200<br>3850 North Causeway Boulevard<br>Metairie, LA  70002-7227<br>Phone: (504) 828-3700<br>Facsimile: (504) 828-3737<br>Attorneys for Defendant,<br>Crosstown Law, LLC |

## CERTIFICATE OF SERVICE

I certify that on this 9th day of September, 2015, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically in the ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                                  _/s/Michael D. Alltmont_____
                                                                            Attorney